UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1792
(8:25-cv-01484-TDC)

_____

CASA, INC.

    Plaintiff - Appellant

v.

KRISTI NOEM, Secretary of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY

    Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Greenbelt |
|---|---|
| Originating Case Number | 8:25-cv-01484-TDC |
| Date notice of appeal filed in originating court: | 07/13/2025 |
| Appellant(s) | CASA, Inc. |
| Appellate Case Number | 25-1792 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |