FILED: July 21, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1792
(8:25-cv-01484-TDC)
_____

CASA, INC.

        Plaintiff - Appellant

v.

KRISTI NOEM, Secretary of Homeland Security, in her official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY

        Defendants - Appellees

_____

ORDER DENYING EMERGENCY MOTION FOR POSTPONEMENT
OF AGENCY ACTION PENDING APPEAL

_____

Having reviewed the record and briefing, the Court DENIES CASA, Inc.'s emergency motion for postponement of agency action. We agree with the district court that CASA, Inc. has stated a plausible claim for relief with regard to the alleged "preordained" decision to terminate temporary protected status (TPS) for Afghanistan and Cameroon, and that the balance of the equities and the public

interest weigh in favor of CASA, Inc. At this procedural posture, however, there is insufficient evidence to warrant the extraordinary remedy of a postponement of agency action pending appeal.

We urge the district court to move expeditiously to minimize the uncertainty that will likely result from protracted litigation. Nothing in this Order should be construed to opine on whether a postponement of agency action may be warranted as this case proceeds.

Finally, we emphasize that many members of CASA, Inc. affected by the termination of TPS designations of Afghanistan and Cameroon may be eligible for relief through applications for asylum, withholding of removal, and protection in accordance with the Convention Against Torture. As the government acknowledges in its response brief, those remedies remain available and CASA, Inc.'s members may seek them.

ENTERED at the direction of Judge Gregory with the concurrence of Judge King and Judge Berner.

For the Court

/s/ Nwamaka Anowi, Clerk