No. 25-1792

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

CASA, INC.,

*Plaintiff-Appellant,*

v.

KRISTI NOEM & UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendants-Appellees.*

On Appeal from the United States District Court for the District of Maryland, Case No. 8:25-cv-1484-TDC Before the Honorable Theodore D. Chuang

## PLAINTIFF-APPELLANT CASA INC.'S UNOPPOSED MOTION TO DISMISS APPEAL

Ryan C. Downer
Sarah L. Bessell
WASHINGTON LAWYERS'
COMMITTEE FOR CIVIL RIGHTS AND
URBAN AFFAIRS
700 14th St. #400
Washington, D.C. 20005
Tel. (202) 319-1000

Jonathan L. Backer
Rupa Bhattacharyya
Julia Gegenheimer
Mary B. McCord
Joseph Mead
Samuel P. Siegel
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY AND PROTECTION
GEORGETOWN LAW
600 New Jersey Ave. NW
Washington, D.C. 20001
Phone: (202) 661-6671

*Counsel for Plaintiff-Appellant CASA, Inc.*

Plaintiff-Appellant CASA, Inc., respectfully moves under Rule 42(b) of the Federal Rules of Appellate Procedure to dismiss its interlocutory appeal. Defendants-Appellees do not oppose this motion. The Parties agree that each side will bear its own costs and fees.

July 22, 2025

Ryan C. Downer
Sarah L. Bessell
WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
700 14th St. #400
Washington, D.C. 20005
Tel. (202) 319-1000

Respectfully submitted,

/s/ Jonathan L. Backer
Jonathan L. Backer
Rupa Bhattacharyya
Julia Gegenheimer
Joseph W. Mead
Mary B. McCord
Samuel P. Siegel
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY AND PROTECTION
Georgetown University Law
Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone: (202) 661-6671

*Counsel for Plaintiff-Appellant CASA, Inc.*

1

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the type-volume requirements of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 39 words. This response was prepared in 14-point Century Schoolbook font, a proportionally spaced typeface, using Microsoft Word.

/s/ Jonathan L. Backer
Jonathan Backer
*Counsel for Plaintiff-Appellant CASA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Jonathan L. Backer
Jonathan Backer
*Counsel for Plaintiff-Appellant CASA, Inc.*
